**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HERBERT JOYNER and SANDRA JOYNER,

    Plaintiffs,

       v.                                        Case No. 8:17-cv-02614-VMC-AAS

FLAGSHIP CREDIT ACCEPTANCE, LLC,

    Defendant.

## JOINT MOTION TO STAY CASE AND COMPEL ARBITRATION

The Plaintiffs, Herbert and Sandra Joyner, and Defendant, FLAGSHIP CREDIT ACCEPTANCE, LLC, by and through the undersigned counsel, hereby submit this joint motion to stay the case and compel arbitration, stating as follows:

1. Plaintiffs commenced this action by filing a complaint against Defendant on November 1, 2017.

2. The Parties have since agreed to arbitrate all of the claims in this case pursuant to a written arbitration agreement.

3. The Parties therefore respectfully request that this Court enter an Order that states that all of the claims in this lawsuit be submitted to final, binding arbitration and that this lawsuit be stayed.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

/s/ Carter Burgess
R. Carter Burgess
Florida Bar No.: 058298
Primary E-mail: carter.burgess@hklaw.com
Secondary E-mail: wanda.adair@hklaw.com
50 North Laura Street, Suite 3900
Jacksonville, FL  32202
Telephone:  904.353.2000
Fax:  904.358.1872

*Attorney for Defendant*

**MORGAN & MORGAN PA**

/s/ Octavio Gomez
Octavio Gomez, Esq.
Florida Bar No. 0338620
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tgomez@forthepeople.com
Ldobbins@forthepeople.com

*Attorney for Plaintiffs*