**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HERBERT JOYNER & SANDRA JOYNER,

  Plaintiffs,

                                CASE NO.:  8:17-cv-02614-VMC-AAS

-vs-

FLAGSHIP CREDIT ACCEPTANCE, LLC.,

  Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiffs, HERBERT JOYNER and SANDRA JOYNER, by and through their undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to R. Carter Burgess, carter.burgess@hklaw.com via the Court's CM/ECF system on this 28th day of January, 2019.

                                          */s/ Octavio Gomez*
                                          Octavio Gomez, Esquire
                                          Florida Bar No.: 0338620
                                          Morgan & Morgan, Tampa, P.A.
                                          201 N. Franklin Street, Suite 700
                                          Tampa, Florida 33602
                                          Tele: (813) 223-5505
                                          Fax: (813) 223-5402
                                          Primary Email: TGomez@ForThePeople.com
                                          Secondary Email: LDobbins@ForThePeople.com
                                          *Attorney for Plaintiff*