# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HERBERT JOYNER and SANDRA JOYNER,

  Claimants,                                                                CASE NO.:  8:17-cv-02614-VMC-AAS

-vs-

FLAGSHIP CREDIT ACCEPTANCE, LLC.,

  Respondent.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiffs, HERBERT JOYNER and SANDRA JOYNER, and the Defendant, FLAGSHIP CREDIT ACCEPTANCE, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiffs against the Defendant in the above styled action, with Plaintiffs and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 4th day of February, 2019.

| | |
|---|---|
| */s/ R. Carter Burgess* | */s/ Octavio Gomez* |
| R. Carter Burgess, Esquire | Octavio Gomez, Esquire |
| Florida Bar No.: 058298 | Florida Bar No.: 0338620 |
| Holland & Knight, LLP | Morgan & Morgan, Tampa, P.A. |
| 50 North Laura Street, Suite 3900 | 201 N. Franklin Street, Suite 700 |
| Jacksonville, Florida 32202 | Tampa, Florida 33602 |
| Telephone: (904) 353-2000 | Telephone: (813) 223-5505 |
| Facsimile: (904) 358-1872 | Facsimile: (813) 222-4797 |
| Primary Email: carter.burgess@hklaw.com | Primary Email: TGomez@ForThePeople.com |
| Secondary Email: wanda.adair@hklaw.com | Secondary Email: LDobbins@ForThePeople.com |
| *Attorney for Defendant* | *Attorney for Plaintiffs* |